SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121 )
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 03-07-70344 BZ |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|   v. ) | |
| JOHN DOE aka VADINHO aka ) GERARDO GUILLERMO RUIZ- ) SANCHEZ, ) | |
|    Defendant. ) | |

    On June 22, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 22, 2007 through July 10, 2007. The parties represented that granting the continuance was necessary for continuity of counsel, taking into account the exercise of due diligence, insofar as counsel for the defendant and counsel for the Government are each unavailable for certain dates within this period. Counsel for the defendant also agreed to waive the defendant's right to a preliminary hearing within 10 days, pursuant to Fed. R. Crim. P. 5.1(c), in light of these scheduling conflicts. The parties also represented that the continuance was also necessary for effective preparation of

Stipulation and [Proposed] Order Excluding Time - CR 03-07-70344 BZ
1

1  counsel to permit defense counsel to review discovery.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

2  IT IS SO STIPULATED.

3                                                                SCOTT N. SCHOOLS
                                                                 United States Attorney

5

DATED: July 9, 2007                                              _____/s/_____
                                                                 DENISE MARIE BARTON
                                                                 Assistant United States Attorney

DATED: July 9, 2007                                              _____/s/_____
                                                                 GEORGE BOISSEAU
                                                                 Attorney for JOHN DOE aka VADINHO
                                                                 aka GERARDO GUILLERMO RUIZ-
                                                                 SANCHEZ

**IT IS SO ORDERED.**

   As the Court found on June 22, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from June 22, 2007 through July 10, 2007 for continuity of counsel and effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED:_____               _____

                                    Honorable Bernard Zimmerman
                                    United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time - CR 03-07-70344 BZ