1 SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
2
3 DOUGLAS SPRAGUE (CSBN 202121 )
Chief, Criminal Division
4 DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney
5
450 Golden Gate Avenue, Box 36055
6 San Francisco, California 94102
Telephone: (415) 436-7359
7 Facsimile: (415) 436-7234
denise.barton@usdoj.gov
8
Attorneys for Plaintiff
9
10
11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION
14
UNITED STATES OF AMERICA,         )   CR No. 03-07-70344 BZ
15                                 )
       Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
16                                 )   EXTENDING THE TIME LIMIT FOR THE
   v.                              )   PRELIMINARY HEARING AND
17                                 )   EXCLUDING TIME
JOHN DOE aka VADINHO aka           )
18 GERARDO GUILLERMO RUIZ-         )
SANCHEZ,                           )
19                                 )
       Defendant.                  )
20 _____ )

21        On June 22, 2007, the parties appeared before the Court and stipulated that time should

22 be excluded from the Speedy Trial Act calculations from June 22, 2007 through July 10, 2007.

23 Further, counsel for the defendant waived the defendant's right to a preliminary hearing within

24 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).

25        The parties now stipulate and request that the Court enter an Order that the Preliminary

26 Hearing be removed from the July 10, 2007 calendar and be continued until August 2, 2007 and

27 that time should be excluded from the Speedy Trial Act calculations from July 10, 2007 through

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ
                                        1

1  August 2, 2007 for effective preparation of counsel.

2      The Government is in the process of preparing and providing discovery to the defendant.
3  Further, counsel for the Government and defense counsel are currently discussing pre-indictment
4  resolution of this matter.  Finally, counsel for the defendant does not believe it is within his
5  client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim. P.
6  5.1(c),(d).  The parties represent that granting this continuance is necessary for effective
7  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
8  to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18
9  U.S.C. § 3161(h)(8)(B)(iv).

10  IT IS SO STIPULATED.

                                                SCOTT N. SCHOOLS
                                                United States Attorney

DATED: July 9, 2007                                         /s/
                                                DENISE MARIE BARTON
                                                Assistant United States Attorney

DATED: July 9, 2007                                         /s/
                                                GEORGE BOISSEAU
                                                Attorney for JOHN DOE aka VADINHO
                                                aka GERARDO GUILLERMO RUIZ-
                                                SANCHEZ

**IT IS SO ORDERED.**

    The Preliminary Hearing shall be removed from the July 10, 2007 calendar and be
continued until August 2, 2007.  For the reasons stated above, the Court finds that the ends of
justice served by the continuance outweigh the best interests of the public and the defendant in a
speedy trial and that time should be excluded from the Speedy Trial Act calculations from July
10, 2007 through August 2, 2007 for effective preparation of counsel.  See 18 U.S.C.
§3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ

1  effective preparation of counsel, taking into account the exercise of due diligence, and would
2  result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
3
4
5  DATED:_____            _____
6                                 Honorable James Larson
                                   United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ
3