1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUGLAS SPRAGUE (CSBN 202121 )
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )  CR No. 03-07-70344 BZ
15                                   )
           Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
16                                   )  EXTENDING THE TIME LIMIT FOR THE
        v.                           )  PRELIMINARY HEARING AND
17                                   )  EXCLUDING TIME
   JOHN DOE aka VADINHO aka         )
18 GERARDO GUILLERMO RUIZ-          )
   SANCHEZ,                          )
19                                   )
           Defendant.                )
20 _____   )

21      The parties now stipulate and request that the Court enter an Order that the Preliminary

22 Hearing be removed from the August 2, 2007 calendar and be continued until August 14, 2007

23 and that time should be excluded from the Speedy Trial Act calculations from August 2, 2007

24 through August 14, 2007 for effective preparation of counsel.

25      The Government has and is continuing to provide discovery to the defendant. Further,

26 counsel for the Government and defense counsel are currently discussing pre-indictment

27 resolution of this matter. Finally, counsel for the defendant does not believe it is within his

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ

1

1  client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim. P.
2  5.1(c),(d).  The parties represent that granting this continuance is necessary for effective
3  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
4  to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18
5  U.S.C. § 3161(h)(8)(B)(iv).
6   IT IS SO STIPULATED.

7                                                              SCOTT N. SCHOOLS
                                                                United States Attorney
8

9
   DATED: July 30, 2007                             _____/s/_____
10                                                              DENISE MARIE BARTON
                                                                Assistant United States Attorney
11

12
   DATED: July 30, 2007                             _____/s/_____
13                                                              GEORGE BOISSEAU
                                                                Attorney for JOHN DOE aka VADINHO
14                                                              aka GERARDO GUILLERMO RUIZ-
                                                                SANCHEZ
15
       **IT IS SO ORDERED.**
16
          The Preliminary Hearing shall be removed from the August 2, 2007 calendar and be
17
   continued until August 14, 2007.  For the reasons stated above, the Court finds that the ends of
18
   justice served by the continuance outweigh the best interests of the public and the defendant in a
19
   speedy trial and that time should be excluded from the Speedy Trial Act calculations from
20
   August 2, 2007 through August 14, 2007 for effective preparation of counsel.  See 18 U.S.C.
21
   §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
22
   effective preparation of counsel, taking into account the exercise of due diligence, and would
23
   result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
24

25
   DATED:_____                    _____
26
                                                                Honorable James Larson
27                                                              United States Magistrate Judge

28
   STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
   HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ
                                                                2