1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  DOUGLAS SPRAGUE (CSBN 202121 )
   Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359

7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

8

9  Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,        )   CR No. 03-07-70344 BZ
                                      )
16 |      Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                      )   EXTENDING THE TIME LIMIT FOR THE
17 |   v.                             )   PRELIMINARY HEARING AND
                                      )   EXCLUDING TIME
18 | JOHN DOE aka VADINHO aka         )
   | GERARDO GUILLERMO RUIZ-          )
19 | SANCHEZ,                         )
                                      )
20 |      Defendant._____     )
   | _____)

21      The parties now stipulate and request that the Court enter an Order that the Preliminary

22  Hearing be removed from the August 14, 2007 calendar and be continued until August 23, 2007

23  and that time should be excluded from the Speedy Trial Act calculations from August 14, 2007

24  through August 23, 2007 for effective preparation of counsel.  The Government has and is

25  continuing to provide discovery to the defendant.  Further, counsel for the Government and

26  defense counsel are currently discussing pre-indictment resolution of this matter.  Finally,

27  counsel for the defendant does not believe it is within his client's best interest to hold a

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ

1

1 preliminary hearing within 10 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).   The parties

2 represent that granting this continuance is necessary for effective preparation of counsel to permit

3 defense counsel to review discovery, taking into account the exercise of due diligence.   See 18

4 U.S.C. § 3161(h)(8)(B)(iv).

5   IT IS SO STIPULATED.

6                                                          SCOTT N. SCHOOLS
                                                             United States Attorney
7

8
DATED: August 8, 2007                      _____/s/_____
9                                                          DENISE MARIE BARTON
                                                             Assistant United States Attorney
10

11

DATED: August 8, 2007                      _____/s/_____
12                                                         GEORGE BOISSEAU
                                                             Attorney for JOHN DOE aka VADINHO
13                                                         aka GERARDO GUILLERMO RUIZ-
                                                             SANCHEZ
14
        **IT IS SO ORDERED.**
15
        The Preliminary Hearing shall be removed from the August 14, 2007 calendar and be
16
continued until August 23, 2007.  For the reasons stated above, the Court finds that the ends of
17
justice served by the continuance outweigh the best interests of the public and the defendant in a
18
speedy trial and that time should be excluded from the Speedy Trial Act calculations from
19
August 14, 2007 through August 23, 2007 for effective preparation of counsel.  See 18 U.S.C.
20
§3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
21
effective preparation of counsel, taking into account the exercise of due diligence, and would
22
result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
23

24
DATED:_____                    _____
25
                                                             Honorable Joseph C. Spero
26                                                         United States Magistrate Judge

27      ___

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ