1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )   CR No. 03-07-70344 BZ
15                                     )
              Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
16                                     )   EXTENDING THE TIME LIMIT FOR THE
      v.                               )   PRELIMINARY HEARING AND
17                                     )   EXCLUDING TIME
   JOHN DOE aka VADINHO aka            )
18 GERARDO GUILLERMO RUIZ-            )
   SANCHEZ,                            )
19                                     )
              Defendant._____  )
20 _____ )

21       The parties now stipulate and request that the Court enter an Order that the Preliminary

22 Hearing be removed from the August 23, 2007 calendar and be continued until September 6,

23 2007 and that time should be excluded from the Speedy Trial Act calculations from August 23,

24 2007 through September 6, 2007 for effective preparation of counsel.  The Government has

25 provided discovery to the defendant and counsel for the defendant requires time to review this

26 discovery .  Further, counsel for the Government and defense counsel are currently discussing

27 pre-indictment resolution of this matter.  Finally, counsel for the defendant does not believe it is

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ
1

within his client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).   The parties represent that granting this continuance is necessary for effective preparation of counsel to permit defense counsel to review discovery, taking into account the exercise of due diligence.   See 18 U.S.C. § 3161(h)(8)(B)(iv).

 IT IS SO STIPULATED.

SCOTT N. SCHOOLS
United States Attorney

DATED: August 23, 2007                    _____/s/_____
                                          DENISE MARIE BARTON
                                          Assistant United States Attorney

DATED: August 23, 2007                    _____/s/_____
                                          GEORGE BOISSEAU
                                          Attorney for JOHN DOE aka VADINHO
                                          aka GERARDO GUILLERMO RUIZ-
                                          SANCHEZ

**IT IS SO ORDERED.**

The Preliminary Hearing shall be removed from the August 23, 2007 calendar and be continued until September 6, 2007.  For the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from August 23, 2007 through September 6, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: August 23, 20007 _____

_____
Honorab…
United S…                    …dge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ